UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CELIA ALFREDA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:17-CV-166-D** |
| NANCY A. BERRYHILL, Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 24]. Plaintiff's motion for judgment on the pleadings [D.E. 17] is GRANTED,
defendant's motion for judgment on the pleadings [D.E. 20] is DENIED, and the action is
REMANDED to the Commissioner under sentence four of 42 U.S. C. § 405(g).

**This Judgment Filed and Entered on May 9, 2018, and Copies To:**
David P. Stewart                                         (via CM/ECF electronic notification)
Mark J. Goldenberg                                   (via CM/ECF electronic notification)

DATE:                                          PETER A. MOORE, JR., CLERK
May 9, 2018                              (By) /s/ Nicole Briggeman
                                                        Deputy Clerk