IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00166-D

CELIA ALFREDA BELL,
    Plaintiff,

v.

NANCY A. BERRYHILL
Acting Commissioner of Social
Security,
    Defendant.

ORDER

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $16,000.00 for attorney fees, representing substantially less than the amount withheld by the Social Security Administration ("SSA") to pay attorney fees, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,997.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, David P. Stewart, the sum of $16,000.00, sent to his office at P.O. Box 250, Hampstead, North Carolina 28443, and that Plaintiff's counsel pay to Plaintiff the sum of $4,997.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 19 day of August, 2021.

*JAMES C. DEVER III*
United States District Judge