UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CELIA ALFREDA BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-166-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, David P. Stewart, the sum of $16,000.00, sent to his office at P.O. Box 250, Hampstead, North Carolina 28443, and that Plaintiff's counsel pay to Plaintiff the sum of $4,997.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on August 19, 2021, and Copies To:**
| | |
|---|---|
| David P. Stewart | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>August 19, 2021 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |